IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31208
Conference Calendar
_____


QUAGLINO TOBACCO AND CANDY COMPANY,

                                        Plaintiff-Appellee,

versus

LUCINDA MITCHELL,
doing business as Mitchell Fruit Stand,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-2256
- - - - - - - - - -
August 22, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     This court lacks jurisdiction to review a district court's

remand order based on lack of subject-matter jurisdiction.  Bogle

v. Phillips Petroleum Co., 24 F.3d 758, 761 (5th Cir. 1994); 28

U.S.C. § 1447(d).

     APPEAL DISMISSED.

---

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.